

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JUL 3 1 2009

J.T. NOBLIN, CLERK
BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## GULF PORT DIVISION

| | | |
|---|---|---|
| **Thomas Beard, et. al.** | * | DOCKET NO. 1:09CU573HSD-JMR |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | |
| **Versus** | * | |
| **Gulf Stream Coach, Inc., et. al.** | * | |
| | * | |

*********************************************************************************

### <u>COMPLAINT FOR DAMAGES</u>

This Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Named Plaintiffs"), who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A"), through undersigned counsel, respectfully represents that:

## I.  **PARTIES**

1. Named Plaintiffs are those individuals and entities listed on the attached Exhibit A, which is incorporated herein as if set forth *in extenso.*

2. Manufacturing Defendant(s), listed on the attached Exhibit B, which is incorporated herein as if set forth *in extenso and hereinafter* collectively referred to as the "Manufacturing Defendants,", which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Mississippi.

3. No-Bid Contractor Defendant(s), listed on the attached Exhibit B, which is incorporated herein as if set forth *in extenso and hereinafter* collectively referred to as the "No-Bid Contractor Defendants,"  received a No-Bid contract from the Federal Emergency Management Agency ("FEMA") and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita.

## II.  **JURISDICTION AND VENUE**

4. Each plaintiff alleges to have suffered damages in an amount in excess of $75,000.00, exclusive of interest and costs.

5. Pursuant to 28 U.S.C. §1332, this Court has subject matter jurisdiction over the claims asserted herein against the defendant(s) with citizenship other than that of plaintiff(s), because of diversity of citizenship and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. There is subject matter jurisdiction due to ample diversity pursuant to the terms of the Class Action Fairness Act (CAFA), 28 U.S.C. § 1332(d)(2) and (d)(11)(A) and (B)(i)) as a mass action in which monetary relief claims of 100 or more persons are proposed to be tried jointly on the grounds that the Plaintiffs' claims involve common questions of law or fact. Plaintiff contends that this matter will be transferred to MDL No. 07-1873 which includes monetary relief claims of 100 or more persons proposed to be tried jointly on the grounds that plaintiffs' claims involve common questions of law or fact.

7. Pursuant to 28 U.S.C. §1367(a), this Court has subject matter jurisdiction over any claims, not otherwise subject to federal jurisdiction, based on the Court's supplemental jurisdiction over these claims.

8. Manufacturing Defendants is subject to the in personam jurisdiction of this Court because it does sufficient business in the State of Mississippi and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Mississippi with respect to the activities and claims which are the subject of this litigation.

9. No-Bid Contractor Defendant(s) is subject to the in personam jurisdiction of this Court because it does sufficient business in the State of Mississippi and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Mississippi with respect to the activities and claims which are the subject of this litigation.

10. There is subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question).

11. Venue is proper in the Southern District of Mississippi pursuant to 28 U.S.C. §1391, based on information and belief, this is a judicial district where in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

### III.    FACTS AND GENERAL ALLEGATIONS

12. The Named Plaintiffs residing or living in travel trailers, park models, and mobile homes (hereinafter referred to as "housing units") in the State of Mississippi were provided these housing units by FEMA after the landfalls of Hurricane Katrina and/or Rita in September of 2005.

13. Of the housing units at issue, "mobile homes" are generally wider than 8 feet and/or longer than 40 feet, for an average area greater than 320 square feet. They are designed to be used as permanent homes and are defined and regulated by the U.S. Department of Housing and Urban Development ("HUD"). *See* Center for Disease Control and Prevention, INTERIM FINDINGS ON FORMALDEHYDE LEVELS IN FEMA-SUPPLIED TRAVEL TRAILERS, PARK MODELS, AND MOBILE HOMES, Feb. 29, 2008, at 4, *available at* http://www.cdc.gov/Features/FEMAtrailersFindings/pdf/interim_findings.pdf.

14. Of the housing units at issue, "travel trailers" are wheel-mounted and generally no larger than 8 feet wide and 40 feet long, for an average area of less than 320 square feet. They are designed to provide temporary living quarters and are generally considered vehicles, regulated by state transportation authorities rather than housing authorities. *Id.*

4

15. Of the housing units at issue, "park models" are larger versions of travel trailers (up to 400 square feet in area). They are designed for temporary living quarters and, although they are manufactured housing, they are exempted from HUD construction standards, typically regulated by transportation authorities and by manufacturer acceptance of a Voluntary American National Standards Institute ("ANSI") standard applying to their construction. *Id.*

16. The residence of each Named Plaintiff was rendered unhabitable following Hurricanes Katrina and/or Rita, leaving each plaintiff homeless and in need of housing assistance.

17. FEMA contracted with the Manufacturing Defendant(s) to purchase thousands of the housing units, primarily travel trailers, for provision to the Named Plaintiffs as temporary housing.

18. On information and belief, Manufacturing Defendant(s) expedited production of these housing units, and, on information and belief, resorted to using substandard materials and/or employing irregular practices during the manufacturing process, all of which resulted in the housing units occupied by each Named Plaintiff containing higher than normal levels of formaldehyde.

19. On information and belief, the housing unit of each Named Plaintiff, including those units which were manufactured prior to the hurricanes and those later manufactured and purchased by FEMA, deviated from Government specifications pertaining to the safety of the unit as a residence.

20. Named Plaintiffs submit that each and all of the housing units which are at issue herein, both those which were manufactured prior to the hurricanes and those

later manufactured and purchased by FEMA, did not conform to any Government-imposed specifications which addressed the design and/or construction of the housing units pertinent to formaldehyde levels.

21. Named Plaintiffs submit that each of the housing units at issue, both those which were manufactured prior to the hurricanes and those later manufactured, and purchased by FEMA, contained dangerous levels of formaldehyde due to Manufacturing Defendant(s)' use of certain materials in their construction, and/or posed the threat of producing dangerous levels of formaldehyde due to the Federal Government's intended use of the housing units as temporary residences for at least 18 months, but that Manufacturing Defendant(s) failed to warn the Federal Government about these dangers, which initially were not known to the Federal Government.

22. Named Plaintiffs submit that Manufacturing Defendant(s) ignored, or concealed and/or condoned the concealment of, the fact that each and all of the housing units at issue contained dangerous levels of formaldehyde due to Manufacturing Defendant(s)' use of certain materials in their construction, and/or posed the threat of producing dangerous levels of formaldehyde due to the Federal Government's intended use of the housing units as temporary residences for at least 18 months, all in order to sell Manufacturing Defendant(s)' products, and/or avoid the costs of safety precautions/inspections, and/or avoid litigation by persons injured by formaldehyde emissions.

23. Each and all of the Named Plaintiffs spent significant time in the FEMA-provided housing units manufactured by Manufacturing Defendant(s)' and provided to

Plaintiffs by the Federal Government. As a result, the Named Plaintiffs unwittingly were exposed to dangerously high concentrations of the formaldehyde emitted from products used in the manufacture of the subject housing units.

24. Formaldehyde is found in construction materials such as particle board, fiberboard and plywood, as well as glues and adhesives used in the manufacture of the housing units. Pursuant to federal law, the defendants are required to display a "Health Notice" about exposure to formaldehyde which reads:

### IMPORTANT HEALTH NOTICE

Some of the building materials used in this home emit formaldehyde. Eye, nose and throat irritation, headache, nausea, and a variety of asthma-like symptoms, including shortness of breath, have been reported as a result of formaldehyde exposure. Elderly persons and young children, as well as anyone with a history of asthma, allergies, or lung problems, may be at greater risk. Research is continuing on the possible long-term effects of exposure to formaldehyde.

Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other contaminants to accumulate in the indoor air. Additional ventilation to dilute the indoor air may be obtained from a passive or mechanical ventilation system offered by the manufacturer. Consult your dealer for information about the ventilation options offered with this home.

High indoor temperatures and humidity raise formaldehyde levels. When a home is to be located in areas subject to extreme summer temperatures, an air-conditioning system can be used to control indoor temperature levels. Check the comfort cooling certificate to determine if this home has been equipped or designed for the installation of an air-conditioning system.

If you have any questions regarding the health effects of formaldehyde, consult your doctor or local health department.

*See* 24 C.F.R. §3280.309.

25. According to the National Cancer Institute, formaldehyde has been classified as a human carcinogen (cancer-causing substance) by the International Agency for Research on Cancer and as a probable human carcinogen by the U.S. Environmental Protection Agency ("EPA"). Additionally, the Agency for Toxic Substances and Disease Registry ("ATSDR") has reported to FEMA and members of Congress that not only is formaldehyde classified as "reasonably anticipated to be a human carcinogen," but also that there is no recognized safe level of exposure, and that any level of exposure to formaldehyde may pose a cancer risk, regardless of duration.

26. Most published exposure standards for formaldehyde address protective levels for the adult working population in the workplace, based upon a 40-hour work week, and specifically do not address chronic exposure levels or protective levels for the more susceptible population, for instance, the very young, the elderly and those with respiratory, skin and other chronic diseases. Nonetheless, reference to the levels established by the Occupational Safety and Health Administration ("OSHA") evidences formaldehyde's harmful effects. In 1987, OSHA reduced the amount of formaldehyde to which workers can be exposed over an 8-hour day from 3 ppm to1 ppm. In May, 1992, the formaldehyde exposure limit was further reduced to .75 ppm.

27. HUD regulates formaldehyde levels in certain construction materials to include the pressed wood products used in manufactured housing (such as prefabricated

mobile homes). HUD has far stricter exposure limits for residential formaldehyde emissions. By regulation, "All plywood and particle board materials bonded with a resin system or coated with a surface finish containing formaldehyde shall not exceed the following formaldehyde emission levels when installed in manufactured homes: (1) Plywood materials shall not emit formaldehyde in excess of 0.2 parts per million (ppm)...[and] (2) Particle board materials shall not emit formaldehyde in excess of 0.3 ppm...". *See* 24 C.F.R. §3280.308.

28. Both the EPA and the ATSDR have suggested values for safe formaldehyde exposure, which are reproduced below, which values are applicable herein since the FEMA trailers/housing units at issue were intended to be occupied for up to a year and a half by evacuees. *See* 44 C.F.R. § 206.110(e).

| Agency | Standard |
|---|---|
| EPA recognized level at which acute health effects can manifest | 0.1 parts per million (ppm) |
| Agency for Toxic Substances and Disease Registry Minimum Risk Levels (MRL) | 0.04 ppm - short exposures up to 14 days |
| | 0.03 ppm – exposure durations between 15 and 364 days |
| | 0.008 ppm – exposures of 365 days or greater |

*See* Union of Concerned Scientists, Citizens and Scientists for Environmental Solutions, *FEMA Exposes Gulf Coast Residents to Formaldehyde*, Updated on

Dec 19, 2007, *available* *at* http://www.ucsusa.org/scientific_integrity/interference/fema-trailers.html.

29. Manufacturing Defendant(s)' knew or should have known of the health hazards inherent in the products it constructed, by familiarity with industry standards, the material safety data sheets in its possession, and published medical studies.

30. FEMA's disaster response obligations are delineated in the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §4121, et seq. (the "Stafford Act"). The Stafford Act outlines two types of temporary housing assistance to be made available to eligible, displaced applicants: financial assistance and direct services. This aid is sometimes referred to as Section 408 assistance. This provision was enacted as Public Law 93-288, Title IV, § 408 (1988). Under the Stafford Act, at 42 U.S.C.A. § 5174, the Executive, through FEMA, may provide "direct assistance" in the form of temporary housing units, acquired by purchase or lease, directly to individuals or households who, because of a lack of available housing resources, would be unable to make use of the alternative "financial assistance" provided under subparagraph (c)(1)(A).

31. In order to implement and manage its disaster response obligation and temporary housing mandate under the Stafford Act, FEMA engaged No-Bid Contracting Defendant(s) with No-Bid contracts, eventually amounting to billions of dollars. The Federal Government also relied on the expertise and knowledge of the No-Bid Contracting Defendant(s) to provide information and advice on, among other things, the conversion of mobile travel trailers into temporary

housing units for periods up to, and potentially exceeding, eighteen months in duration.

32. No-Bid Contracting Defendant(s) was tasked with the transportation, installation, site identification and preparation of locations and group sites, preparation of infrastructure to handle the units, inspection of the temporary housing units, maintenance and repair, refurbishment and restoration, and the eventual de-installation and removal of the units.

33. Under the terms of their contracts, No-Bid Contracting Defendant(s) was obligated to adhere to all warnings and instructions relating to the temporary housing units as provided and indicated by the manufacturers of same. Further, under their No-Bid contracts with FEMA, No-Bid Contracting Defendant(s) was obligated to advise and instruct FEMA regarding the implementation of those contracts. No-Bid Contracting Defendant(s) failed to properly fulfill either of these tasks.

34. No-Bid Contracting Defendant(s) contracted with FEMA to pick-up and transport the temporary housing units from FEMA-controlled staging areas and deliver them to areas which No-Bid Contracting Defendant(s) was tasked with operating. These new areas included staging areas to be managed and maintained as assigned to one of No-Bid Contracting Defendant(s) or individual locations and addresses where No-Bid Contracting Defendant(s) assigned that temporary housing unit would have obligations to manage and maintain it.

35. To accomplish their contractual obligations with FEMA, in addition to the use of subsidiary companies, No-Bid Contracting Defendant(s) entered into numerous

11

sub-contracts, but at all times retained supervisory capacity and responsibility under their individual contracts with FEMA.

36. No-Bid Contracting Defendant(s) were tasked under their contracts with FEMA to identify and prepare the infrastructure for the various group site locations. This included, amongst other things, ensuring there would be adequate water, sewage, electricity, etc. No-Bid Contracting Defendant(s) knew or should have known that these preparations were for long-term occupancy of the temporary housing units.

37. Once the temporary housing unit(s) occupied by the plaintiff(s) were transported and delivered to a particular location, No-Bid Contracting Defendant(s) had the responsibility for installing that temporary housing unit. No-Bid Contracting Defendant(s) installed the temporary housing units by "blocking" the unit. This meant raising the plaintiff's unit several feet into the air and off of its wheel base, and setting it on concrete blocks.

38. By blocking the temporary housing unit(s) of each plaintiff, No-Bid Contracting Defendant(s) created stress and flexing on the frames of the unit as it were not designed to be lifted off of the wheel base. In fact, the manufacturers of the temporary housing units warned in the various owners' manuals provided with the units, that units should not be jacked so that the vehicle's weight is no longer supported by the wheels.

39. The stress and flexing of temporary housing units' frames caused by No-Bid Contracting Defendant(s) "blocking" them with weight off of the wheels created

distortion in the travel trailer's shell allowing increased moisture intrusion which contributed to increased formaldehyde exposures.

40. The temporary housing unit(s) occupied by the plaintiff(s) which were provided by FEMA were for the most part travel trailers. The travel trailers are, by definition, mobile. They are designed for and intended for periodic, recreational use and not for long-term habitation. By installing the travel trailers on concrete blocks for extended occupancy, No-Bid Contracting Defendant(s) knowingly and intentionally modified the design and the actual use of these units occupied by the plaintiff(s) by converting them into a temporary housing unit to be used as a residence for long term occupancy in some instances exceeding 18 months.

41. No-Bid Contracting Defendant(s) failed to consult with the manufacturers of the temporary housing units, including Manufacturing Defendant(s), with regard to the installation, warnings, warranty issues or advisability of using travel trailers for long term residence and occupation. No-Bid Contracting Defendant(s) took actions which voided the warranties of the manufacturers and directly created or contributed to unsafe and hazardous living conditions in the temporary housing units.

42. Once the No-Bid Contracting Defendant(s) had completed the transportation, delivery and installation of the temporary housing unit(s) occupied by the plaintiff(s), No-Bid Contracting Defendant(s) was tasked with inspecting each unit to ensure that it was safe and habitable, prior to occupancy by the plaintiff(s). Upon information and belief, No-Bid Contracting Defendant(s) failed to adequately inspect the temporary housing units occupied by the plaintiff(s) to

ensure that the units were safe and suitable for their intended use – the long-term occupancy by individuals and families displaced by hurricanes Katrina and Rita. This failure to properly inspect the units for unsafe or hazardous conditions directly contributed to the adverse health effects suffered by hurricane victims.

43. In addition to transportation, site identification, installation and inspection, the temporary housing units occupied by the plaintiff(s) provided in response to hurricanes Katrina and Rita were also managed, maintained and repaired by one of No-Bid Contracting Defendant(s), or their various subcontractors over whom they maintained direct oversight and responsibility. Upon information and belief, No-Bid Contracting Defendant(s) failed to adequately manage, maintain and repair the temporary housing units which enabled and contributed to the unsafe and hazardous conditions that led to adverse health effects amongst the plaintiff(s).

44. Parallel to their duty to manage, maintain and repair each temporary housing unit No-Bid Contracting Defendant(s) failed to undertake appropriate action, maintenance or repair in response to numerous complaints made by the plaintiff-occupant(s) of the temporary housing units to various adverse health effects caused by exposure to elevated levels of formaldehyde.

45. Following the plaintiffs' occupancy of each temporary housing unit, No-Bid Contracting Defendant(s) was tasked with its de-installation. Upon discovering the deteriorated condition of the temporary housing units at the time of de-installation and removal, No-Bid Contracting Defendant(s) failed to identify the unsuitability of the temporary housing units for long-term occupancy.

46. In addition to de-installation of the temporary housing units, No-Bid Contracting Defendant(s) was tasked with refurbishment and restoration of the temporary housing units for use, either in direct response to hurricanes Katrina and Rita or for use in the future.  By restoring and refurbishing these temporary housing units, (the No-Bid Defendant) warranted that the units were fit for their intended use, long term occupancy in response to disaster related displacement.  By restoring and refurbishing these temporary housing units, (the No-Bid Defendant) created and perpetuated existing hazardous conditions which would foreseeably lead to adverse health effects caused by the elevated levels of formaldehyde in the temporary housing units.  Further, in thousands of cases, following the restoration and refurbishment, these temporary housing units were immediately occupied by new individuals or families displaced by hurricanes Katrina and Rita, and who were then directly exposed to hazardous levels of formaldehyde.

47. (the No-Bid Defendant), at every stage of their involvement, failed to warn the plaintiff-occupant(s) of each temporary housing unit of the potential risk of hazardous and unsafe living conditions due to the presence of elevated levels of formaldehyde – a known human carcinogen – which led directly to adverse health effects, including but not limited to the advent of childhood asthma and the onset of adult asthma in some of the plaintiffs.

48. Through their actions and omissions, (the No-Bid Defendant) created and perpetuated a situation wherein occupants of the temporary housing units were exposed to elevated levels of formaldehyde and, as a result, suffered adverse health effects. (the No-Bid Defendant)  negligently failed to adhere to the

manufacturer instructions and warnings related to: (1) the manufacturers' intended (short-term) use of the temporary housing units; (2) the installation and set-up of the temporary housing units; and (3) the warning that the temporary housing units contained urea formaldehyde resin which would release formaldehyde gas directly into the intended living space.

49. (*the No-Bid Defendant*) failed to warn the occupants of temporary housing unit(s) of the hazardous conditions created by the elevated levels of formaldehyde in the temporary housing units.

50. By restoring and refurbishing the trailer for future habitation, (*the No-Bid Defendant*) improperly and negligently warranted that the units were fit for the intended use of long-term occupancy.

51. Finally, despite these failures, (*the No-Bid Defendant*) received billions of dollars in contracts from FEMA and the United States government, at the expense of the health of the plaintiff-occupant(s) of the temporary housing units who simply had nowhere else to go and who were relying on FEMA and its contractors to keep them safe in the aftermath of the greatest natural disaster in the history of the United States.

52. The Federal Government has been aware for years that formaldehyde is used in certain construction materials used in manufactured housing, has regulated emissions standards for HUD-regulated mobile homes, has, since the hurricanes, adopted the HUD emissions regulations for travel trailer purchase specifications, and has known for over thirty years of the relationship between formaldehyde emissions in indoor environments and health problems associated therewith.

See Statement of R. David Paulison, Administrator, Federal Emergency Management Agency, Department of Homeland Security, before the Committee on Oversight and Government Reform, U.S. House of Representatives, July 19, 2007, available at http://oversight.house.gov/documents/20070719131219.pdf.

53. Although, as alleged above, FEMA has long been aware of the presence of formaldehyde in certain construction materials used in manufactured housing, including these housing units, and specifically was aware of the published dangers associated with the "out" or "off -gassing" or the gradual release into the atmosphere of formaldehyde, upon information and belief, in March of 2006, a family in Mississippi reported the results of independent testing and health complaints which they related to high levels of formaldehyde.

54. In fact, the Federal Government was conducting initial formaldehyde air sampling of the subject housing units at FEMA staging facilities in Mississippi as early as October 11, 2005 and as late as Jan. 17, 2006. The sampling results showed that the levels detected in nearly every trailer exceeded the ATDSR minimum risk levels associated with exposures up to and exceeding 14 days, that most levels exceeded the EPA recognized level at which acute health effects can manifest, and that several exceeded the OSHA workplace maximum levels. See Response of the U.S. Department of Labor, Occupational Safety and Health Administration to Freedom of Information Act Request submitted by a plaintiff herein, November 16, 2007.

55. Nonetheless, even though the Government was actively testing for and aware of the dangerous levels of formaldehyde present in housing units scheduled for

delivery to the Plaintiffs, the Inspector General of the Department of Homeland Security, testifying before the Committee on Homeland Security and Governmental Affairs of the United States Senate, approximated that as of February 13, 2006, a little under six months post-Katrina, 75,000 travel trailers had been delivered to Plaintiffs. *See* Statement of Richard L. Skinner, Inspector General, U.S. Department of Homeland Security Before the Committee on Homeland Security and Governmental Affairs, U.S. Senate, February 13, 2006, *available at* http://www.dhs.gov/xlibrary/assets/Skinner-021306.pdf.

56. The Federal Government also continued to supply the defective and dangerous housing units to the Plaintiffs after March of 2006 .

57. The Federal Government continued to  supply the defective and dangerous housing units to the Plaintiffs even though the Sierra Club publicly announced the initiation of its own testing of occupied housing units and, in April of 2006, reported the results which reflected formaldehyde levels above the threshold that the EPA warns can cause acute health effects in humans in 83% of the trailers tested. Union of Concerned Scientists, *supra*.

58. The Federal Government continued to supply the defective and dangerous housing units to the Plaintiffs even though the Federal Government, through FEMA, in March of 2006, conducted formaldehyde testing of unoccupied housing units at the Purvis, Mississippi staging area, and tested and obtained the results of an occupied Mississippi trailer on April 6, 2006, which reflected the presence of formaldehyde at twelve times the EPA's value.  Union of Concerned Scientists, *supra*, and Exhibits B (*available at*

http://oversight.house.gov/documents/20070719113015.pdf) and D (*available at* http://oversight.house.gov/documents/20070719113219.pdf) attached thereto.

59. The Federal Government continued to supply the defective and dangerous housing units to the Plaintiffs even though the Federal Government had been notified on a number of occasions in May and June 2006 regarding residents' concerns over formaldehyde emissions in their housing units. Union of Concerned Scientists, *supra*, and Exhibits E (*available at* http://oversight.house.gov/documents/20070719113322.pdf), I (*available at* http://oversight.house.gov/documents/20070719113515.pdf) and M (*available at* http://oversight.house.gov/documents/20070719113728.pdf) attached thereto.

60. While complaints of formaldehyde exposure continued to be reported to the Federal Government and evidence supporting the existence of dangerous levels of formaldehyde present in the housing units was uncovered, the Federal Government intentionally avoided undertaking any comprehensive testing of their own because it wanted to avoid liability for the problem, as stated in emails from the FEMA Office of General Counsel (OGC) in June of 2006, "Do not initiate any testing until we give the OK. While I agree that we should conduct testing, we should not do so until we are fully prepared to respond to the results. Once you get results and should they indicate some problem, the clock is ticking on our duty to respond to them." Another email repeats these concerns, reading "OGC has advised that we do not do testing, which would imply FEMA's ownership of the issue." Union of Concerned Scientists, *supra*, and Supplemental A (various emails *available at* http://oversight.house.gov/documents/20070809120917.pdf)

and Supplemental B (various emails *available at* http://oversight.house.gov/documents/20070809120940.pdf) attached thereto.

61. Named Plaintiffs aver that, even as each Named Plaintiff was being placed at risk in unsafe temporary housing, the Federal Government had reviewed the results of all earlier testing and complaints of formaldehyde associated with the housing units and were actively conferring with one or more of the manufacturers concerning formaldehyde exposure in the housing units and how best to deal with the publicity fall-out as the media reports of same increased.

62. Evidence of communications between the defendants exists by way of emails emanating from the FEMA Office of General Counsel (OCG). For example, in June 16, 2006 the same email which states "OGC has advised that we do not do testing," states that "Gulfstream is working closely with FEMA to resolve the formaldehyde problem in smaller travel trailer (Cavalier) units." A later email reflects relief of the FEMA OCG at the "good news" that "one of the major manufacturers of national housing units (Gulfstream I think)...wanted to get with External Affairs so they could get on the same page...we may get the benefit of the manufacturer's 'science' and 'public relations' approaches." *See* U.S. House of Representatives, Committee on Oversight and Government Reform, FEMA's TRAVEL TRAILERS: LITIGATION CONSIDERATIONS V. HEALTH AND SAFETY CONSIDERATIONS, AND THE WINNER IS?, July 19, 2007, *available at* http://republicans.oversight.house.gov/Media/PDFs/20070719FEMAEmails.pdf.

63. FEMA participated in an inter-agency meeting with the EPA and the Centers for Disease Control and Prevention (CDC) in July of 2006, during which senior EPA

officials advised FEMA that the "health base level" for formaldehyde might be much lower than previously expected, with anticipated levels being more than 100 times higher.  The discussions during this conference were more "strategic" in nature, with the EPA warning against the "the advisability of testing at all" concerned that the data would have to be released to the public and that the media would characterize the findings in the worst possible light.  Union of Concerned Scientists, *supra*, and Exhibit R (various emails *available at* http://oversight.house.gov/documents/20070719114058.pdf) attached thereto.

64. FEMA and EPA senior leadership instead agreed to test ventilation methods on unoccupied trailers.  This testing methodology completely failed to simulate the living conditions of a trailer resident, so results, which would not be released for another seven to eight months,  were useless for determining a policy to protect trailer residents.  This testing was conducted by FEMA and EPA in September and October of 2006 at a trailer staging area located in Baton Rouge,  Louisiana. Union of Concerned Scientists, and Exhibit R attached thereto, *supra*.  *See also* Original Health Consultation: Formaldehyde Sampling at FEMA Temporary Housing Units, Agency for Toxic Substances and Disease Registry, Feb 1, 2007, *available*

*at*http://www.atsdr.cdc.gov/HAC/pha/fema_housing_formaldehyde/formaldehyde _report_0507.pdf.

65. This testing methodology did not simulate the living conditions, temperatures, humidities, standard ventilation practices, or timescales at which residents lived in the trailers. It also did not take into account that the trailer building materials

continue to emit formaldehyde for four to five years. Union of Concerned Scientists, *supra*.

66. FEMA and FEMA's lawyers purposefully interfered with the design and implementation of the earlier testing of the housing units occupied by the plaintiffs supplied in the wake of the hurricanes in order to avoid legal liability for injuries to Plaintiffs herein as a result of their exposure to formaldehyde. FEMA's activities, which included hiding, manipulating and ignoring the extant science and scientific work and concerns of federal scientists in other agencies, began immediately after FEMA began to receive complaints from trailer residents concerning formaldehyde fumes in 2006. *See* correspondence from U.S. House of Representatives, Committee on Science and Technology, to Michael Chertoff, Secretary, U.S. Department of Homeland Security, January 28, 2008.

67. FEMA further manipulated the governmental testing by involving a little-known office of the CDC, the ATSDR, to analyze the testing data, and explicitly sought to ensure that no long-term exposure considerations would be included in the health consultation by removing the consultation from the normal ATSDR review process so that scientists who had specifically recommended looking at long-term exposure effects were excluded from the review. FEMA did so in order to avoid negative publicity and legal liability in connection with the presence of formaldehyde in the housing units. *See* correspondence from U.S. House of Representatives, Committee on Science and Technology, to Michael Chertoff, January 28, 2008 and to Dr. Howard Frumkin, Director, National Center for

Environmental Health/Agency for Toxic Substances and Disease Registry, January 28, 2008.

68. FEMA's manipulation of the data was evidenced in the testing designed and implemented by FEMA through the ATSDR in July of 2006. The testing results of the study showed high levels of formaldehyde in nearly all of the trailers, yet the ATSDR, at FEMA's urging, did not use as its "level of concern" its own exposure limit of 0.008 ppm for 365 days or more, but arbitrarily chose a limit of 0.3 ppm as its "level of concern,"a level nearly 400 times the ATSDR's annualized exposure limit. Yet even applying this "level of concern," the average sampling results still were higher. *See* THE SERIOUS PUBLIC HEALTH ISSUES RESULTING FROM FORMALDEHYDE EXPOSURES WITHIN FEMA TRAVEL TRAILERS ISSUED HURRICANE DISASTER VICTIMS, AND RECOMMENDED ACTION ITEMS, Testimony of Mary C. DeVany before the Committee on Oversight and Government Reform, U.S. House of Representatives, July 19, 2007, at 7, *available at* http://oversight.house.gov/documents/20070719102502.pdf.

69. Indeed, in testimony before Congress, independent industrial hygienist Mary DeVany described the FEMA testing and analysis process by stating "All I can say, in my professional opinion, is that they did this in order to minimize the actual extent of the problems in these trailers. I have no other conclusion I can draw... I think it was a complete violation of our professional code of ethics." Oral testimony of Mary C. DeVany before the House Committee on Oversight and Governmental Reform. July 19, 2007 at 107-108 of the full hearing transcript, *available at* http://oversight.house.gov/documents/20071114164004.pdf.

70. On March 17, 2007, Dr. Mark Klein, of the ATSDR, at the direction of Dr. Frumkin, sent a letter to FEMA's counsel advising, as had Dr. DeRosa, that the February Health Consultation was "possibly misleading and a threat to public health" for failure to disclose the carcinogenic status of formaldehyde and that there are no safe exposure levels.

71. Despite this information, FEMA and the ATSDR did not revise the original Health Consultation until October of 2007 to include the warning that the original Health Consultation "did not sufficiently discuss the health implications of formaldehyde exposure and included language that may have been unclear, leading to potentially incorrect or inappropriate conclusions." *See* An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers; Baton Rouge, Louisiana, September-October, 2006, *available at* http://www.atsdr.cdc.gov/substances/formaldehyde/public_assessment.html.

72. The Federal Government, through FEMA, deliberately ignored and/or rejected objective, scientific standards in the design and implementation of its testing procedures, which resulted in the prolongation of the Plaintiffs' exposure to dangerous levels of formaldehyde in the housing units, and causing them serious injuries.

73. It was not until December of 2007 that the Federal Government initiated testing of occupied housing units.  Apparently, FEMA requested the CDC to conduct testing of a random sample of 519 housing units in Louisiana and Mississippi between December 21, 2007 and January 23, 2008, the stated purpose of which

was to assess levels of formaldehyde in indoor air occupied FEMA-supplied housing units. *See* Statement of Howard Frumkin, M.D., DrPH, Director, National Center for Environmental Health/Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention, U. S. Department of Health and Human Services, CDC's RESPONSE TO HEALTH CONCERNS RELATED TO FEMA-PROVIDED TRAVEL TRAILERS AND MOBIL HOMES IN THE GULF COAST REGION, March 4, 2008, at 1, 3-4.

74. The CDC testing revealed the following important findings: (1) the formaldehyde levels were higher than typical levels of U.S. indoor exposure in single-family homes and apartments; (2) levels ranged from 3 parts per billion (ppb) to 590 ppb, with the average levels in all units measuring 77 ppb, the latter being higher than U. S. background levels in single-family homes and apartments; (3) the levels recorded in many of the units could affect the occupants' health; (4) the contemporary measured levels are likely to under-represent long-term exposures because formaldehyde levels tend to be higher in newer housing units and during warmer weather; (5) higher indoor temperatures were associated with higher formaldehyde levels, independent of unit make or model; and, (6) formaldehyde levels varied by type of housing unit (mobile home, park model, and travel trailer), but all types tested had elevated levels compared to the data on single-family homes and apartments. *Id.* at 4.

75. The CDC's recommendations as a result of this testing included the following: (1) move quickly to relocate residents before the weather in the region warms up; (2) FEMA and the CDC to consider establishment of a registry to conduct long-term

health monitoring of children and others who resided in FEMA- provided housing units in the Gulf Coast Region; (3) families still living in FEMA-provided housing units should spend as much time outdoors as possible and maintain the temperature inside the units at the lowest comfortable level as well as ventilate the unit; and, (4) establish available construction practices which could assure safe and healthy conditions. *Id.* at 5-6, 11.

76. As a result of this round of testing, the Federal Government implemented a program which essentially entails removing the remaining residents from the subject housing units and placing them into other, safe, forms of housing. The Federal Government's action in this regard was the result of pressure imposed on it to act through various Congressional investigations into the Government's implementation of the "direct assistance" program under the Stafford Act, this litigation, and media coverage.

77. The Federal Government's actions with regard to these plaintiffs in response to the early reports of formaldehyde emissions, hiding, manipulating and ignoring the extant science and scientific work and concerns of federal scientists in other agencies regarding its testing protocols and its public obfuscation of testing results, are not the kind of actions which involve decisions grounded in social, economic, or political policy. Rather, the Federal Government's actions and decisions were all made with a view toward avoiding negative publicity and legal liability.

78. Additionally and/or in the alternative the Federal Government ignored, avoided and simply failed to adhere to and apply accepted professional and scientific

standards in addressing and/or removing the health hazards posed by formaldehyde emissions in the housing units it provided.

### COUNT 1:
### STRICT PRODUCTS LIABILITY
### MS CODE ANNOTATED § 11-1-63

### PRODUCTS LIABILITY: DEFECTIVE MANUFACTURING AND DESIGN

79. Manufacturing Defendant(s), at the time that each subject housing unit left its control, knew or should have known that each product was defective because it deviated in a material way from the manufacturers' specifications or from otherwise identical units manufactured to the same manufacturing specifications.

80. Manufacturing Defendant(s) knew or should have known that the defective condition rendered each subject housing unit unreasonably dangerous to the user or consumer or others; and

81. The defective and unreasonably dangerous condition of each product (the failure of the subject housing units to be safely habitable without exposure to formaldehyde) proximately caused the damages and injuries sustained by each Named Plaintiff.

82. At the time the subject housing units left the control of Manufacturing Defendant(s), each subject housing unit did not contain properly selected prepared and installed components.

83. At all relative times, each Named Plaintiff lacked actual or constructive knowledge of the defective condition of their respective housing units and that each defective product was inconsistent with their safety.

84. At all relevant times, each Named Plaintiff did not appreciate the danger of their housing unit's defective condition.

85. At all relevant times, each Named Plaintiff did not deliberately and voluntarily choose to expose themselves to this danger in such a manner to register assent to the continuance of the dangerous condition.

86. Each subject housing unit in question failed to function as expected as a result of their design characteristics.

87. An alternative design existed at the time that each housing unit left the control of Manufacturing Defendant(s) which would have not impaired the product's usefulness or desirability.

88. The alternative design would have to a reasonable probability prevented the toxic exposure of each Named Plaintiff.

### PRODUCTS LIABILITY: FAILURE TO WARN

89. Each products (housing unit) was defective because it failed to contain adequate warnings or instructions.

### PRODUCTS LIABILITY: BREACH OF EXPRESS WARRANTY

90. Each product (housing unit) breached an express warranty and/or failed to conform to other express factual representations upon which the claimant justifiably relied in electing to use this product.

### COUNT 2:
### NEGLIGENCE OF NO-BID CONTRACTOR DEFENDANT UNDER MISSISSIPPI LAW

91. Each Named Plaintiff incorporates the above allegations as if fully repeated verbatim herein.

92. At all relevant times No-Bid Contracting Defendant(s)  was tasked with the transportation, installation, site identification, preparation, inspection, maintenance and repair, refurbishment and restoration, and removal of the temporary housing units, which caused the Plaintiffs' injuries.

93. No-Bid Contracting Defendant(s) owed a duty to each Named Plaintiff to provide, transport, install, inspect, maintain, repair, refurbish, recondition and restore safe temporary housing units that did not emit hazardous levels of formaldehyde.

94. No-Bid Contracting Defendant(s) knew or should have known when they provided, transported, installed, inspected, maintained, repaired, refurbished, reconditioned and restored the temporary housing units to the general public (thereby modifying and converting the mobile units into residential installations) the actual and intended use of the temporary housing units by each plaintiff, and that the temporary housing units would be used in the manner that each plaintiff herein used the temporary housing units.

95. No-Bid Contracting Defendant(s) breached their duty to each Named Plaintiff in failing to act reasonably in the provision, installation, inspection, maintenance, repair, refurbishment, reconditioning and restoration of the temporary housing units; specifically by:

    a. Failing to sufficiently warn the plaintiffs of the inherently dangerous properties or the foreseeable conditions of the temporary housing units when used for long term occupancy;

b. Failing to adhere to the manufacturers' warnings against jacking the temporary housing units off the wheel base by "blocking" the units;

96. No-Bid Contracting Defendant(s) actions were the proximate cause of the increased exposure of formaldehyde to the each Named Plaintiff.

97. No-Bid Contracting Defendant(s) contributed to and exacerbated the adverse health impacts upon the residents of the temporary housing units.

## **COMPENSATORY DAMAGES**

98. In addition to and by way of summarizing the compensatory damages prayed for herein, each Named Plaintiff avers that the defendants, (*Named Manufacturer)*, as well as No-Bid Contracting Defendant(s), individually and/or jointly are responsible for all damages which each Named Plaintiff herein has suffered and continues to suffer as a consequence of defendants' acts and/or omissions as pled herein, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven at the time of trial.

99. The damages sought herein by Named Plaintiffs on behalf of deceased family members were caused by decedent's exposure to formaldehyde as set forth herein, which damages include, but are not limited to, those available to Named Plaintiffs in wrongful death and survival actions, including loss of society, loss of support, survivor's grief, and incidental damages such as funeral and burial expenses.

## PUNITIVE / EXEMPLARY DAMAGES

100. Pursuant to Miss. Code Ann. § 11-1-65, inasmuch as the conduct of Manufacturing Defendant(s), and/or No-Bid Contracting Defendant(s) and their servant/employees constitutes willful, wanton, egregious and reckless disregard for the rights and safety of the plaintiffs, an award of punitive damages is appropriate and necessary under these facts.

## <u>REQUEST FOR JURY TRIAL</u>

Each Named Plaintiff is entitled to and demands a trial by jury.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, the Named Plaintiffs pray that Manufacturing Defendant(s) and No-Bid Contracting Defendant(s), be served with a copy of this Complaint, and that, after due proceedings:

1. there be a judgment herein in favor of each Named Plaintiff and against Defendants for all compensatory damages and punitive damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in each Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,

   b. past and future mental and physical pain and suffering,

   c. past and future physical impairments and disability,

   d. past and future reasonable and necessary medical expenses,

   e. past and future loss of earning capacity,

   f. past and future loss of enjoyment and quality of life,

   g. loss of consortium and/or society,

   h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

   i. costs of court,

j.      punitive damages,

3.   all other general, equitable, and further relief as the Court may deem just and

proper.

Respectfully submitted,

**Trial Attorney in Charge for Plaintiffs**
**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi
Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi
Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX
Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX
Federal ID No. 4647
WATTS HILLIARD, LLC
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone:  (800) 994-0019
Facsimile:  (361) 882-1261

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
WATTS HILLIARD, LLC
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana
Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650
**ATTORNEYS FOR PLAINTIFFS**

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Thomas Beard, et al. | Gulf Stream Coach, Inc., et al. |

**(b)** County of Residence of First Listed Plaintiff    Jackson
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Elkhart
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Watts Hilliard, L.L.P.
2506 N. Port Avenue, Corpus Christi, TX 78401
1-800-994-0019

Attorneys (If Known)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 3 1 2009

J.T. NOBLIN, CLERK

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| 1 U.S. Government Plaintiff | 3 Federal Question (U.S. Government Not a Party) |
| [X] 2 U.S. Government Defendant | [X] 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - | 620 Other Food & Drug | 423 Withdrawal | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product | Med. Malpractice | 625 Drug Related Seizure | 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | Liability | 365 Personal Injury - | of Property 21 USC 881 | | 450 Commerce |
| 150 Recovery of Overpayment | 320 Assault, Libel & | Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 460 Deportation |
| & Enforcement of Judgment | Slander | 368 Asbestos Personal | 640 R.R. & Truck | 820 Copyrights | 470 Racketeer Influenced and |
| 151 Medicare Act | 330 Federal Employers' | Injury Product | 650 Airline Regs. | 830 Patent | Corrupt Organizations |
| 152 Recovery of Defaulted | Liability | Liability | 660 Occupational | 840 Trademark | 480 Consumer Credit |
| Student Loans | 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | 490 Cable/Sat TV |
| (Excl. Veterans) | 345 Marine Product | 370 Other Fraud | 690 Other | | 810 Selective Service |
| 153 Recovery of Overpayment | Liability | 371 Truth in Lending | | **SOCIAL SECURITY** | 850 Securities/Commodities/ |
| of Veteran's Benefits | 350 Motor Vehicle | 380 Other Personal | **LABOR** | 861 HIA (1395ff) | Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle | Property Damage | 710 Fair Labor Standards | 862 Black Lung (923) | 875 Customer Challenge |
| 190 Other Contract | Product Liability | 385 Property Damage | Act | 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| 195 Contract Product Liability | [X] 360 Other Personal | Product Liability | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 890 Other Statutory Actions |
| 196 Franchise | Injury | | 730 Labor/Mgmt.Reporting | 865 RSI (405(g)) | 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | **FEDERAL TAX SUITS** | 892 Economic Stabilization Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate | 740 Railway Labor Act | 870 Taxes (U.S. Plaintiff | 893 Environmental Matters |
| 220 Foreclosure | 442 Employment | Sentence | 790 Other Labor Litigation | or Defendant) | 894 Energy Allocation Act |
| 230 Rent Lease & Ejectment | 443 Housing/ | **Habeas Corpus:** | 791 Empl. Ret. Inc. | 871 IRS—Third Party | 895 Freedom of Information |
| 240 Torts to Land | Accommodations | 530 General | Security Act | 26 USC 7609 | Act |
| 245 Tort Product Liability | 444 Welfare | 535 Death Penalty | **IMMIGRATION** | | 900Appeal of Fee Determination |
| 290 All Other Real Property | 445 Amer. w/Disabilities - | 540 Mandamus & Other | 462 Naturalization Application | | Under Equal Access |
| | Employment | 550 Civil Rights | 463 Habeas Corpus - | | to Justice |
| | 446 Amer. w/Disabilities - | 555 Prison Condition | Alien Detainee | | 950 Constitutionality of |
| | Other | | 465 Other Immigration | | State Statutes |
| | 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | Appeal to District |
|---|---|---|---|---|---|---|
| [X] 1 Original Proceeding | 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from another district (specify) | 6 Multidistrict Litigation | 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332(d)(11)(A)

Brief description of cause:
Claims regarding FEMA mobile homes

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ excess of $75,000
per Plaintiff

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes   No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE   ENGELHARDT    DOCKET NUMBER   MDL 1873

DATE
July 29, 2009

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 3030080   AMOUNT $350.00   APPLYING IFP    JUDGE    MAG. JUDGE

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

882

**Plaintiff** Thomas Beard (229378)　　　　　**Address** 1406 Cherubusco  Pascagoula, MS 39567

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Tonya Booth (229432)　　　　　**Address** 118 Oxford Place Apt. 118  Waveland, MS 39576

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Tray Booth (229433)　　　　　**Address** 118 Oxford Place Apt 118  Waveland, MS 39576

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Steven Boudro (229437)　　　　　**Address** 406 Old Spanish Trail  Waveland, MS 39576

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Lisa Brannan (229454)　　　　　**Address** 2310 Cleveland Ave.  Pascagoula, MS 39567

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Annie Bridges (229459)　　　　　**Address** 4936 Hunnington Dr.  Gautier, MS 39553

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Timethius Bridges (229460)　　　　　**Address** 4936 Hunnington Dr.  Gautier, MS 39553

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Brenda Buckendahl (229481)　　　　　**Address** 223 Corinth Dr.  Bay St. Louis, MS 39520

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Construction, Inc

---

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Rebecca Buckhalter (229482)          **Address** 2305 Prince George  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Cynthia Buckner (229485)          **Address** 1121 Lewis Ave.  Gulfport, MS 39501

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Salete Burks (229487)          **Address** 426-A Dr. Gilbert Mason Dr.  Biloxi, MS 39530

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Anika Bush (229491)          **Address** 1605 East Village Pkwy  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Billy  Bush (229492)          **Address** 1605 East Village  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Chris  Bush (229493)          **Address** 1605 East Village Pkwy  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Freda  Bush (229495)          **Address** 1605 East Village Pkwy  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Shelley Charlot (229528)          **Address** P.O Box 77  Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Ralph Claflin (229534)          **Address** 6051 Birch Dr.  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** James Cox (229557)          **Address** 2310 Cleveland Ave.  Pascagoula, MS 39567

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Patrice Davis (229594)          **Address** 6116 Espy Ave  Long Beach, MS 39560

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Nicole DeMars (229620)          **Address** 4936 Huntington Drive  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Carrie Dobose (229630)          **Address** 3007 Audubon Drive  Gulfport, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jean Dorsey (229635)          **Address** 4 Laudeac Ct.  Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Peggy Dott (229637)          **Address** 6520 Springwater St.  Moss Point, MS 39563

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Chrystal Dubose (229652)          **Address** 3007 Audubon Dr.  Gulfport, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Dorothy Dubose (229653)          **Address** 1513 East Village Parkway  Gautier, MS 39553

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Charles Dubose (229654)          **Address** 1513 East Village Parkway  Gautier, MS 39553

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Barry Glaude (229734)          **Address** 3825 Juniper St.  Moss Point, MS 39563

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Talvesha Glaude (229736)          **Address** P.O. Box 8203  Moss Point, MS 39562

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Clark Greer (229758)          **Address** 4936 Hunnigton Dr.  Gautier , MS 39553

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Terrance Harris  (229783)          **Address** 2057 Waveland Ave Apt 159  Waveland, MS 39576

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Harmonee Hathorn (229800)          **Address** 5201 Monaco Lake Dr. 10F  Pascagoula, MS 39568

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

**Plaintiff** Robert  Holifield (229829)          **Address** 903 loafayette St  Pascagoula, MS 39581

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Janet Holland  (229831)          **Address** 19456 Diamond Rd.  Saucier , MS 39574

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Edward Holland  (229832)          **Address** 19456 Diamond Rd  Saucier , MS 39574

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jeanette Jackson  (229872)          **Address** 143 A Howard Rd  Lucedale, MS 39452

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Thelma James  (229882)          **Address** 405 Dr. Gilbert Mason Dr.  Biloxi, MS 39531

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Katherine  Jarrell  (229886)          **Address** 3307 Barb Ave.  Pascagoula, MS 39581

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Larry  Jones  (229931)          **Address** 708 Simpson Dr  gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Horace Labat  (229963)          **Address** P.O. Box 222  Pass Christian , MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Linda Lizana  (230012)          **Address** 215 Clarence Ave.  Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

# Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Michael Lizana (230013)          **Address** 215 Clarence Ave.  Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Pamela  Lizana (230014)          **Address** 215 Clarence Ave.  Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Garrex Magee (230027)          **Address** 3504 Boston Ave.  Pascagoula, MS 39567

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Donna Meiselbach (230060)          **Address** 3414 Nathan Hale  Pascagoula, MS 39581

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Mark  Meiselbach (230061)          **Address** 3414 Nathan Hale Ave.  Pascagoula, MS 39581

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Tristan  Mitchell (230074)          **Address** 3630 Howze Ave.  Moss Point, MS 39563

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Barbara Moore (230087)          **Address** 13352 Martin Ct.  Gulfport, MS 39503

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Kiwanes  Redman (230224)          **Address** 355 Auguste Ct.  Biloxi, MS 39530

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Rhonda  Reese (230228)　　　　**Address** 610 Keller St.  Bay St. Louis, MS 39520

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Mary  Rhoden (230234)　　　　**Address** 2202 North Winfree   Dayton , TX 77535

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Cooper  Richard (230237)　　　　**Address** 7040 Websters St.  Bay St. Louis, MS 39520

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc

**Plaintiff** Linda  Roboteau (230275)　　　　**Address** 24120 Annette Lane  Pass Christian, MS 39571

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Lottie  Romain  (230280)　　　　**Address** 247 Clark st.  Pass Christian, MS 39571

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Luana  Roth  (230281)　　　　**Address** 1301 34th Ave.  Gulfport, MS 39571

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Johnny  Roza  (230285)　　　　**Address** PO Box 1448   Gulfport, MS 39501

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Construction, Inc

**Plaintiff** Deneece Saucier (230295)　　　　**Address** 200 Lynn Circle  Pass Christian , MS 39571

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Michael Saucier (230296)                **Address** 200 Lynn Circle  Pass Christian , MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Tony Saucier (230297)                **Address** 384 Market
                                           St.  Pass Christian , MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kathy Smith (230336)                **Address** 21632 Hwy 63  Moss Point, MS 39562

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Marland Smith (230341)                **Address** 21632 Hwy 63  Moss Point, MS 39562

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Matthew Smith (230342)                **Address** 21636 Hwy 63  Moss Point, MS 39562

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Denise Tallman (230391)                **Address** 2413 Cleveland Ave  Pasc, MS 39567

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Latoya Thompson (230408)                **Address** 183 Orange Ct.  Gulfport, MS 39501

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Richard Tyler (230427)                **Address** 489 Division St  Biloxi, MS 39530

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Aretha Weaver (230455)  **Address** 3519 Celeste Ave. Moss Point, MS 39563

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Stanley Weaver (230456)  **Address** 3519 Celeste Ave. Moss Point, MS 39563

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Samantha Johnson (231607)  **Address** 2300 Calle De Sota Gautier, MS 39553

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

**Plaintiff** Kimberly Willard (202542)  **Address** 22105 Bayou Portague Long Beach, MS 39560

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Charles Burton (209905)  **Address** 6165 7th Avenue Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Elizabeth Lasseigne (211048)  **Address** P. O. Box 352 Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Albert Lasseigne (211049)  **Address** P.O. Box 352 Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Hong Nguyen (212246)  **Address** 15812 Rue Dauphin Cir Biloxi, MS 39532

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Thanh Nyguen (212266)          **Address** 15812 Rue Dauphine Circle   Biloxi, MS 39532

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Phong Le (213004)          **Address** 14129 Millie Street  Biloxi, MS 39532

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Duyen Le (213392)          **Address** 14124 Millie Street  Biloxi, MS 39532

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Phuong Nguyen (213393)          **Address** 14129 Millie Street  Biloxi, MS 39532

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Phuc Le (213396)          **Address** 14129 Millie Street  Biloxi, MS 39532

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Dao Nguyen (214096)          **Address** 2376 Trafalgar Drive  Biloxi, MS 39531

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Gary McGee (214223)          **Address** 3517 Jo Beth Terrace  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Gary McGee (214224)          **Address** 3517 Jo Beth Terrace  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Shelinda McGee (214226)          **Address** 3517 Jo Beth Terrace  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Glenda Bates (214763)          **Address** 9015 Orange St.  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Amanda Sawin (221687)          **Address** 4230 Rocky Hill Dedeaux Rd.  Kiln, MS 39556

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** William Smith (221695)          **Address** 4230 Rocky Hill Dedeaux Rd.  Kiln, MS 39556

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Justeen Jackson (223808)          **Address** 6165 7th Avenue  Pearlington, MS 39572

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Clarence Kelly (223850)          **Address** 6831 Holley Street #20  Moss Point, MS 39563

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Vontaravis Kelly (223853)          **Address** 6831 Holley St.  Moss Point, MS 39563

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** LaToya Shelton (224129)          **Address** 6165 7th Avenue  Pearlington, MS 39572

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

# Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Peggy Riley (225013)                    **Address** 19305 N. Shaw Rd  Saucier, MS 39574

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Lawrence Riley (225017)                    **Address** 19305 N. Shaw Rd  Saucier, MS 39574

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Ralph Riley (225018)                    **Address** 19305 N. Shaw Rd  Saucier, MS 39574

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Dustin Caldwell (229502)                    **Address** 2417 Cleveland Ave.  Pascagoula, MS 39567

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Regina Caldwell (229504)                    **Address** 2417 Cleveland Ave.  Pascagoula, MS 39567

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Robert Caldwell (229505)                    **Address** 2417 Cleveland Ave.  Pascagoula, MS 39567

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Cassie Walsh (230443)                    **Address** 2417 Cleveland Ave.  Pascagoula, MS 39567

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Stevie Broussard (199950)                    **Address** 4240 Reece Drive  Lot 231 Diberville, MS 39532

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Elizabeth Leathers (201297)          **Address** 880 Cedar Lake  Lot 117 Biloxi, MS 39532

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Kelly Garriga (201824)          **Address** 826 Arbor Station Drive  Long Beach, MS 39560

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Alonzo Artis, as Next Friend of A.A., a
minor (202823)          **Address** 2011 Ladner Street  Waveland, MS 39576

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Alonzo Artis (202909)          **Address** 2011 Ladner Street  Waveland, MS 39576

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Karen Artis (202910)          **Address** 2011 Ladner Street  Waveland, MS 39576

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Glyn Gilbert (202999)          **Address** 334 Ellen Avenue  Pass Christian, MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Dennis Dykman (203395)          **Address** 6509 Bonaire Drive  Biloxi, MS 39532

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Camala Fant (203406)          **Address** 1612 E. Railroad Street  Gulfport, MS 39501

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Tracy Fricke (206993)     **Address** 4173 Old Gainsville Road  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Billy Jones (208173)     **Address** 4107 Old Mobile Hwy  Pascagoula, MS 39567

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jewel Epperson (208269)     **Address** 16 Joe Taylor Road  Buckatunna, MS 39322

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Jimmy Beal (208270)     **Address** 16 Joe Taylor Road  Buckatunna, MS 39322

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Collin Lemoine (209212)     **Address** 5090 Bordage Street  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** William Tudury (209295)     **Address** 147 Felicity St  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Carolyn Choyce (209824)     **Address** 3807 Sherwood St  Pascagoula, MS 39581

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Johnnie Robinson (210223)     **Address** P.O. Box 183  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Virgil Robinson (210227)            **Address** 2200 Dinsmore Dr. Apt 210  Lexington, KY 40502

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff** Dwayne Davis (210360)            **Address** 12481 Acy Ladner Road  Pass Christian, MS 39571

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Construction, Inc

**Plaintiff** George McArthur (210602)            **Address** 6180 Hwy 604  Pearlington, MS 39572

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Construction, Inc

**Plaintiff** Maxine Stork (210680)            **Address** 3021 Sammie Hearndon Road  Moss Point, MS 39562

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff** Donald Desselle (211024)            **Address** 3903 Washington Ave.  Gulfport, MS 39507

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff** Adolph Collin (211129)            **Address** P.O. Box 907  Pearlington, MS 39572

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff** David Cuevas (211277)            **Address** 1214 13th  Street  Pascagoula, MS 39567

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff** Phyllis McArthur (211493)            **Address** 5127 Pearl Avenue  Pearlington, MS 39572

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Lawrence Favre (211622)                **Address** P. O. Box 2492  Bay St. Louis, MS 39520

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff** Misty Crowe (211658)                **Address** 6090 Copiah Street  Bay St. Louis, MS 39520

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff** Carolyn Neal (212230)                **Address** 1702 Cherokee Street  Pascagoula, MS 39581

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff** Mark Matherne (212394)                **Address** 5009 1st Avenue  Bay St. Louis, MS 39520

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff** Lisa Gates (212651)                **Address** P.O. Box 4081  Bay St. Louis, MS 39520

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff** Jack Delle (212836)                **Address** 24141 Road 347  Kiln, MS 39556

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff** Candace Morel (213790)                **Address** 1102 West Gulf Road  Long Beach, MS 39560

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff** Michael Catledge (214855)                **Address** 6260 E. Ridley St.  Bay St. Louis, MS 39520

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Lelawatie Ramberan (214955)   **Address** 6026 Hoda Rd. Kiln, MS 39556

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Clinton Ball (215400)   **Address** 1204 Roosevelt Street Picayune, MS 39466

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

**Plaintiff** Christy Burchette (215475)   **Address** P.O. Box 5247 Moss Point, MS 39563

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Tinesha Walton (216065)   **Address** 509 Lewis Circle Picayune, MS 39466

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Barbara Ball (216295)   **Address** 1204 Roosevelt St. Picayune, MS 39466

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

**Plaintiff** Susie Johnson McKensie (216626)   **Address** 1223 Kingsway Drive Picayune, MS 39466

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Clade McKenzie (216731)   **Address** 1223 Kingsway Drive Apt 6 Picayune, MS 39466

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Marcia Tassinari (216965)   **Address** 5094 Birch Dr. Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Adrianna Grass (220169)  **Address** 7015 West Neshoba St.  Bay St. Louis , MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Clifton Huff (221652)  **Address** 8093 Harrison St.  Bay Saint Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Bobby Williams (222448)  **Address** 517 Ester Blvd  Biloxi, MS 39530

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Portia Deris (223338)  **Address** 304 Turner St.  Bay St. Louis , MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Arthur Anderson (223470)  **Address** 204 McDonald Drive  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Arthur Anderson (223471)  **Address** 204 McDonald Drive  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Cynthia Anderson (223472)  **Address** 204 McDonald Drive  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Sean Anderson (223474)  **Address** 204 McDonald Drive  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Lionel Gerstner (223702)　　　　**Address** 162 Waveland Avenue  Waveland, MS 39576

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Construction, Inc

**Plaintiff** Nikole Palmisano (224035)　　　　**Address** 1801 Hwy S Willow Bend Lot 18 Picayune, MS 39466

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Rebecca Palmisano (224036)　　　　**Address** 1801 Hwy 11 S. Willow Bend Lot 18 Picayune, MS 39466

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Ashley Dame (224498)　　　　**Address** 6498 Dummy Line Rd  Picayune, MS 39466

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Timothy Butter (224716)　　　　**Address** 6020 E Holmes St  Bay St. Louis, MS 39520

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Construction, Inc

**Plaintiff** Bruce Jennings (224841)　　　　**Address** P.O. Box 6191  Diamondhead, MS 39525

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Marshall  Barrow (229372)　　　　**Address** P.O. Box 5272  Moss Point, MS 39563

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　CH2M Hill Construction, Inc

**Plaintiff** Adam  Meyer (230067)　　　　**Address** 32 Christa Rd.  Perkinston, MS 39573

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

# Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Alexina Molero (230076)  **Address** 4217 Knowl Crest  Moss Point, MS 39562

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Bernisteen Ward (230444)  **Address** 4307 Robin Way  Moss Point, MS 39563

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Construction, Inc

---

**Plaintiff** Vashun Ward (230446)  **Address** 4307 Robinway  Mosspoint, MS 39563

**Defendants**
>    Gulf Stream Coach, Inc.
>    CH2M Hill Construction, Inc

---

**Plaintiff** Walter McVeay (205134)  **Address** 1801 Belle Fountaine Road  Ocean Springs, MS 39564

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Barbara Ball (216295)  **Address** 1204 Roosevelt St.  Picayune, MS 39466

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Christopher Riley (224101)  **Address** 6831 Holley Street Lot # 20  Moss Point, MS 39563

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Maxine Riley (224103)  **Address** 6831 Holley Street #20  Moss Point, MS 39563

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Alex Lebeau (226452)  **Address** 615 Liz Cir.  Gulfport, MS 39503

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Huey Phan (230175)        **Address** 1330 Gim Taylor Apt 57 Baton Rouge, LA 70820

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Lass Hartman, as Next Friend of W.H.,        **Address** 5113 Bay Street Pascagoula, MS 39567
a minor (211589)

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Patricia Branam, as Next Friend of S.        **Address** 1807 Polk Avenue Pascagoula, MS 39567
B., a minor (210964)

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Patricia Branam, as Next Friend of B.        **Address** 1807 Polk Avenue Pascagoula, MS 39567
B., a minor (210966)

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Roxanne Williams, as Next Friend of F.        **Address** 11409 Hwy 90 Lot 19 Gautier, MS 39553
J., a minor (205214)

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Roxanne Williams, as Next Friend of F.        **Address** 1409 Hwy 90 Lot 19 Gautier, MS 39553
J., a minor (205215)

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lisa Hawkins, as Next Friend of M.S.,        **Address** 1 Chantilly Terrace Bay St. Louis, MS 39520
a minor (208245)

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lisa Hawkins , as Next Friend of M.        **Address** 1 Chantilly Terrace Bay St. Louis, MS 39520
W., a minor (208246)

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Ouida Parker (230155)                    **Address** 4005 South Shore  Pascagoula, MS 39581

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Phillip Caradine, as Next Friend of P.       **Address** P.O. Box 1215  Escatawpa, MS 39552
        C., a minor (209919)
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Chris Bryan, as Next Friend of M.B., a       **Address** 6177 Wiley Road  Bay St. Louis, MS 39520
        minor (207868)
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Construction, Inc

---

**Plaintiff** Sophia Redmond (226771)                  **Address** 3104 New York Ave.  Pascagoula, MS 39581

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Construction, Inc

---

**Plaintiff** Shanitel Wash, as Next Friend of L.W.,       **Address** 4131 Shumock Street  Moss Point, MS 39563
        a minor (216067)
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Construction, Inc

---

**Plaintiff** Pamela Lizana, as Next Friend of K.L.,       **Address** 215 Clarence Ave.  Pass Christian, MS 39571
        a minor (230011)
**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Construction, Inc

---

**Plaintiff** Dewonda Wells, as Next Friend of W.        **Address** 3301 Wells Ln.  Moss Point, MS 39563
        D., a minor (227027)
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Keasha Williams, as Next Friend of A.      **Address** 5019 Friar Tuck Ave.  Pascagoula, MS 39581
        W., a minor (225109)
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Keasha Williams, as Next Friend of C. W., a minor (225108)

**Address** 5019 Friar Tuck Ave  Pascagoula, MS 39581

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Mary Grant, as Representative of the Estate of Homer Gladney, deceased

**Address** 1901 Pamela Drive  Gautier, MS 39553

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Earnest Grant, as Next Friend of D.G., a minor (208226)

**Address** 4203 Scovel Road  Pascagoula, MS 39567

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Earest Grant, as Next Friend of G.G., a minor (208224)

**Address** 4203 Scovel Road  Pascagoula, MS 39567

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jennifer  Grant, as Next Friend of J.G., a minor (208135)

**Address** 1901 Porpoise Dr  Gautier, MS 39553

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jennifer  Grant, as Next Friend of J.G., a minor (208134)

**Address** 1901 Porpoise Dr  Gautier, MS 39553

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Mary Grant, as Next Friend of J.G., a minor (207994)

**Address** 1901 Pamela Dr.  Gautier, MS 39553

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Earnest Grant, as Next Friend of K.G., a minor (208161)

**Address** 4203 Scovel Road  Pascagoula, MS 39567

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Earest Grant, as Next Friend of T.G., a minor (208162)   **Address** 4203 Scovel Road  Pascagoula, MS 39567

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Earest Grant, as Next Friend of T.G., a minor (208225)   **Address** 4203 Scovel Road  Pascagoula, MS 39567

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Jennifer Grant, as Next Friend of T.G., a minor (208133)   **Address** 1901 Porpoise Dr  Gautier, MS 39553

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Twana Young-Isom, as Next Friend of D.I., a minor (208131)   **Address** 4711 Tupelo Street  Pascagoula , MS 39581

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Twana Young-Isom, as Next Friend of K.I., a minor (208130)   **Address** 4711 Tupelo St  Pascagoula , MS 39581

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Mary Grant, as Next Friend of P.S., a minor (207991)   **Address** 4203 Scovel Road  Pascagoula, MS 39567

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Mary Grant, as Next Friend of R.S., a minor (207992)   **Address** 4203 Scovel Road  Pascagoula, MS 39567

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Kathleen Hudson, as Next Friend of A.W., a minor (224948)   **Address** 890 Motsie Road Apt. 311 Biloxi, MS 39532

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Cardell Dean (202122)  **Address** 192 Orange Court  Gulfport, MS 39501

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** George Keller (201363)  **Address** 192 Orange Court  Gulfport, MS 39501

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Mattie Keller (201364)  **Address** 192 Orange Court  Gulfport, MS 39501

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Salete Burks, as Next Friend of J.B., a  **Address** 426 A Doctor Moon Dr  Biloxi, MS 39530
minor (229486)
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Debra Bellamy (229387)  **Address** 2306 Woodmont St.  Pascagoula , MS 39567

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** James Bellamy (229390)  **Address** 2306 Woodmont St.  Pascagoula, MS 39567

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Lorenzo Fountain, as Next Friend of J.  **Address** 5232 Ward Pineview Road  Lucedale, MS 39452
F., a minor (212875)
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Michele Gillihan, as Next Friend of K.  **Address** P.O. Box 202  Kiln, MS 39556
G., a minor (211073)
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Michele Gillihan, as Next Friend of K. G., a minor (211074)

**Address** P.O. Box 202  Kiln, MS 39556

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Michele Gillihan, as Next Friend of Z. W., a minor (211075)

**Address** P.O. Box 202  Kiln, MS 39556

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Sonya Nash, as Next Friend of D.F., a minor (215591)

**Address** 7848 Narcissus Drive  Gautier, MS 39553

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Sonya Nash, as Next Friend of S.F., a minor (215592)

**Address** 7848 Narcissus Drive  Gautier, MS 39553

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Harriet Pittman, as Next Friend of B.R., a minor (206725)

**Address** 2010 S. 15th Street  Ocean Springs, MS 39564

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Harriet Pittman, as Next Friend of H.R., a minor (206727)

**Address** 2010 S. 15th Street  Ocean Springs, MS 39564

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Harriet Pittman, as Next Friend of M. R., a minor (206728)

**Address** 2010 S. 15th Street  Ocean Springs, MS 39564

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Kesley Lee (222399)

**Address** 119 Heather Lane  Lucedale, MS 39452

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Mary Magee, as Next Friend of M.D., a minor (202954)    **Address** 264 Stennis Drive Apt 77 Biloxi, MS 39531

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Mary Magee, as Next Friend of B.M., a minor (203145)    **Address** 264 Stennis Drive Apt 77 Biloxi, MS 39531

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Mary Magee, as Next Friend of J.M., a minor (203144)    **Address** 264 Stennis Drive Apt 77 Biloxi, MS 39531

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Mary Magee, as Next Friend of J.M., a minor (203146)    **Address** 264 Stennis Drive Apt 77 Biloxi, MS 39531

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Rebecca Ellis, as Next Friend of A.E., a minor (211461)    **Address** 113 Shiloh Circle  Ocean Springs, MS 39564

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Rebecca Ellis, as Next Friend of B.E., a minor (211462)    **Address** 113 Shiloh Circle  Ocean Springs, MS 39564

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Petula Fairley, as Next Friend of D.F., a minor (201910)    **Address** 178 William Estate Road  Lucedale, MS 39452

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Shawanda Collins, as Next Friend of D. L., a minor (210911)    **Address** 180  JFK  Lucedale, MS 39452

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Shelia Coleman, as Next Friend of J.C., a minor (202134)

**Address** 2712 Calle Hermosa Street  Gautier, MS 39553

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Stevie Bello, as Representative of the Estate of Jesse Dickens, deceased

**Address** 16149 Sixth Street  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Jessee Walker (230440)

**Address** 521 Peyton Drive  Biloxi, MS 39531

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Nakita Jackson, as Next Friend of J.J., a minor (212935)

**Address** 18125 Hwy 26 #31 Lucedale, MS 39452

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Donald Hyde, as Next Friend of D.H., a minor (216601)

**Address** 111 Krebs Avenue  Pascagoula, MS 39567

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Lora Knott, as Next Friend of J.K., a minor (212433)

**Address** 409 Cadillac Drive  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** LaMorris Underwood, as Next Friend of J.C., a minor (211807)

**Address** 4325 Northstar Ave.  Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Ruby Lett, as Next Friend of K.T., a minor (212066)

**Address** 4325 Northstar Ave  Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Brenda White, as Next Friend of B.W., a minor (209140)
**Address** 10075 Oliver Street  Bay St. Louis, MS 39520
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Nikira Duvernay, as Next Friend of N. D., a minor (221768)
**Address** 515 Easterbrook Street  Bay St. Louis, MS 39520
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lowell Spiers, as Next Friend of A.S., a minor (215992)
**Address** P.O.Box 399  Nicholson, MS 39463
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lowell Spiers, as Next Friend of L.S., a minor (215994)
**Address** P.O.Box 399  Nicholson, MS 39463
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Anderrson Hall (229767)
**Address** 371 Cark Ave  Pass Christian, MS 39571
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Stevie Broussard, as Next Friend of K. B., a minor (199949)
**Address** 4240 Reece Drive Lot 231  Diberville, MS 39532
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Katherine Broussard, as Next Friend of A.T., a minor (202314)
**Address** 10068 Fournier Avenue  Diberville, MS 39540
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lee McClora (201135)
**Address** 23204 Enchanted Avenue  Pass Christian, MS 39571
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Randy Zimmerman, as Next Friend of     **Address** 117 Belle Terre Ct. Long Beach, MS 39560
T.Z., a minor (210929)
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Natalie Lowe (226483)     **Address** P.O Box 4225 Bay St. Louis, MS 39521

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Amanda Miles, as Next Friend of J.M.,     **Address** PO Box 16 Lucedale, MS 39452
a minor (211972)
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Elizabeth Leathers, as Next Friend of     **Address** 880 Cedar Lake Lot 117 Biloxi, MS 39532
G.L., a minor (201298)
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Elizabeth Leathers, as Next Friend of Z.     **Address** 880 Cedar Lake Lot 117 Biloxi, MS 39532
L., a minor (201299)
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Tracy Broughton, as Next Friend of D.     **Address** 4307 Elder St Moss Point, MS 39563
T., a minor (211894)
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kimberly Conn, as Next Friend of D.     **Address** 22001 McDowell Road Saucier, MS 39574
C., a minor (209053)
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Kimberly Conn, as Next Friend of D.     **Address** 22001 McDowell Road Saucier, MS 39574
C., a minor (209291)
**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Robert Wilson (227069)       **Address** 3411 Randall Ave. Pascagoula, MS 39581

**Defendants**
　　Gulf Stream Coach, Inc.
　　Bechtel National, Inc

**Plaintiff** Twaya Lott, as Next Friend of C.L., a minor (210919)       **Address** 4520 Pimlico St. Pascagoula, MS 39581

**Defendants**
　　Gulf Stream Coach, Inc.
　　Bechtel National, Inc

**Plaintiff** Twaya Lott, as Next Friend of C.L., a minor (210806)       **Address** 4520 Pimlico Street Pascagoula, MS 39581

**Defendants**
　　Gulf Stream Coach, Inc.
　　Bechtel National, Inc

**Plaintiff** Seveta Brown, as Next Friend of D.A., a minor (223465)       **Address** 3413 Kimberly Dr. Moss Point, MS 39563

**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Construction, Inc

**Plaintiff** Seveta Brown, as Next Friend of M.B., a minor (223541)       **Address** 3413 Kimberly Dr. Moss Point, MS 39562

**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Construction, Inc

**Plaintiff** Seveta Brown, as Next Friend of R.B., a minor (223542)       **Address** 3413 Kimberly Ave Moss Point, MS 39562

**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Construction, Inc

**Plaintiff** Seveta Brown, as Representative of the Estate of Ja'Miracle Gray, deceased       **Address** 3413 Kimberly Moss Point, MS 39561

**Defendants**
　　Gulf Stream Coach, Inc.
　　CH2M Hill Construction, Inc

**Plaintiff** Pamela Faulkner, as Next Friend of J. F., a minor (211473)       **Address** 1706 13th St. Pascagoula, MS 39567

**Defendants**
　　Gulf Stream Coach, Inc.
　　Bechtel National, Inc

# Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Claudia Johnson, as Representative of the Estate of Keyshawn Burts, deceased

**Address** 3520 Kimberly Drive  Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Claudia Johnson, as Next Friend of N. B., a minor (208058)

**Address** 3520 Kimberly Drive  Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Claudia Johnson, as Representative of the Estate of Phillip Burts, deceased

**Address** 3520 Kimberly Drive  Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Harlean  Walker, as Next Friend of A. W., a minor (227002)

**Address** 627 28th St.   Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Jimmy Walker (227006)

**Address** 627 28th St.  Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Adrian Mccullom (203155)

**Address** 3717 Harrison Drive  Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Phillip McCullom, as Next Friend of A. M., a minor (201146)

**Address** 880 Lindh Dr.   Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Brad McCullom (201147)

**Address** 3717 Harrison Drive  Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Keith McCullom (200975)　　　　**Address** 3717 Harrison Drive  Gulfport, MS 39501

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Phillip McCullom (200976)　　　　**Address** 880 Lindh Rd. Apt #216  Gulfport, MS 39507

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Phillip McCullom, as Next Friend of T. M., a minor (200978)　　　　**Address** 880 Lindh Rd  Gulfport, MS 39501

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Phillip McCullom, as Next Friend of T. M., a minor (200979)　　　　**Address** 880 Lindh Rd.  Gulfport , MS 39501

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Latasha Parker (203218)　　　　**Address** 880 Lindh Rd Apt #216 Gulfport, MS 39501

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Tina Allen, as Next Friend of C.B., a minor (210738)　　　　**Address** 6142 Walnut Drive  Pearlington, MS 39572

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Tanya  McArthur, as Next Friend of H. J., a minor (210736)　　　　**Address** 6050 McArthur Lane  Pearlington, MS 39572

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Tanya  McArthur, as Next Friend of L. J., a minor (210737)　　　　**Address** 6050 McArthur Lane  Pearlington, MS 39572

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Sandra Holland, as Next Friend of R.H., a minor (203043)    **Address** 6713 Natchez Road  Biloxi, MS 39532

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Sandra Holland, as Next Friend of T.P., a minor (203225)    **Address** 6713 Natchez Road  Biloxi, MS 39532

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jaqutia Patton (226690)    **Address** 9245 Cuandet Rd  Apt. 124 Gulfport , MS 39503

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Terry Ladner (226430)    **Address** 16548 Bell Creek Rd.  Pass Christian , MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Shelly Luxich, as Next Friend of C.F., a minor (207678)    **Address** 6560 Lakeshore Rd.  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Toan Huynh, as Next Friend of L.H., a minor (223272)    **Address** 14034 Seymour Dr.  Biloxi, MS 39532

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Toan Huynh, as Next Friend of L.H., a minor (223271)    **Address** 14034 Seymour Dr.  Biloxi, MS 39532

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Leslie Childress, as Next Friend of B. C., a minor (209932)    **Address** 3514 Olga Dr  Pass Christian, MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Ryan Childress (209820)　　　　**Address** 3514 Olga Dr  Pass Christian, MS 39571

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Tessa Childress (209821)　　　　**Address** 3514 Olga Dr  Pass Christian, MS 39571

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Michael Feasel, as Next Friend of A.F., a minor (211289)　　　　**Address** 163 Phillip Dr  Waveland, MS 39576

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Robert Acker, as Next Friend of D.A., a minor (223460)　　　　**Address** P.O. Box 436  Pearlington, MS 39572

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Donna Holzhauser, as Next Friend of H.F., a minor (224534)　　　　**Address** 231 Old Spanish Trail  Waveland, MS 39576

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Hung Nguyen, as Next Friend of N.N., a minor (215353)　　　　**Address** 274 Kuhn St.  Biloxi, MS 39530

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** Rosa McKoy, as Representative of the Estate of Coleman McKoy, deceased　　　　**Address** 2101 Springwood Road  Gautier, MS 39553

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

**Plaintiff** John Unterzuber (205474)　　　　**Address** 2504 Gatewood Circle  Gautier, MS 39553

**Defendants**
　　　Gulf Stream Coach, Inc.
　　　Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Darla Unterzuber, as Next Friend of K. U., a minor (205475)

**Address** 2504 Gatewood Circle  Gautier, MS 39553

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Tierra Fountain, as Next Friend of D. C., a minor (210717)

**Address** 5111 Orchard Rd #249 Pascagoula, MS 39581

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Tierra Fountain, as Next Friend of K. W., a minor (211478)

**Address** 5111 Orchard Rd #249 Pascagoula, MS 39581

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Hannah  Muhammaed, as Next Friend of K.S., a minor (226903)

**Address** 4234 Sherwood Circle  Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Shekeidra Taylor, as Next Friend of S. B., a minor (222352)

**Address** 3842 Nancy Street  MossPoint, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Carolyn Choyce, as Next Friend of A. C., a minor (209823)

**Address** 3807 Sherwood St Pascagoula, MS 39581

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Linda Turner, as Next Friend of J.B., a minor (200044)

**Address** 158 Walnut Court  Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Felecia Burton, as Next Friend of B.P., a minor (216806)

**Address** 510 Weems Street  Picayune, MS 39466

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Felecia Burton, as Next Friend of J.P., a minor (216805)

**Address** 510 Weems Street  Picayune, MS 39466

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Juan Rivera, as Next Friend of J.R., a minor (207900)

**Address** 6007 E. Chactaw  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Louise Jackson, as Next Friend of J.J., a minor (211044)

**Address** P.O. Box  401  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Sonny Freeman, as Next Friend of J.D., a minor (209864)

**Address** 3208 Lampkin Rd  Moss  Point, MS 39562

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Sonny Freeman, as Next Friend of K. D., a minor (209866)

**Address** 3208 Lampkin Rd  Moss Point , MS 39562

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Brenda Sams, as Next Friend of B.S., a minor (210130)

**Address** 7076 Smith Street 507 Dick St. Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Brenda Sams, as Next Friend of R.S., a minor (210133)

**Address** 7076 Smith Street  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Angel Acker, as Next Friend of M.A., a minor (209420)

**Address** P.O. Box 307  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A - Cause No. 1:09-cv-573 HSO JMR

**Plaintiff** Sam Jones (229930)          **Address** 226 Keller Ave  Biloxi, MS 39530

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Lelawatie Ramberan, as Next Friend of     **Address** 6026 Hoda Rd.  Kiln, MS 39556
P.R., a minor (214956)

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Evelyn Murray, as Next Friend of D.G.,     **Address** P.O. Box 656  Pearlington, MS 39572
a minor (209711)

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Kimberlana Elkins, as Next Friend of J.     **Address** 207 Corinth Drive  Bay St. Louis, MS 39520
E., a minor (211609)

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

# Exhibit B
Thomas Beard, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Contractor**                                    **Insurer**

Bechtel National, Inc
C T Corporation System
645 Lakeland East Drive Suite 101
Flowood, MS 39232

CH2M Hill Construction, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

Flour Enterprises, Inc
Corporation Service Company
320 Sumerulos St.
Baton Rouge, LA 70802

Shaw Environmental, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

# Exhibit B

Thomas Beard, et. al. vs. Gulf Stream Coach, Inc., et. al.

## Manufacturer

**Insurer**

Gulf Stream Coach, Inc.
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550